## Ruth Breaden, Appellant, v. Walter Kowalski, Appellee.

### Gen. No. 44,320.

opinion filed March 29, 1948; rehearing denied April 9, 1948; released for publication April 9, 1948. Tarpey, Fullenkamp & Tobin, for appellant; Lawlor & Walsh, for appellee; James Maher, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

## Medical Center Commission, Appellee, v. Abe Soloway and Rose Soloway, Appellants.

### Gen. No. 44,346.

opinion filed March 29, 1948; released for publication April 9, 1948. Harry J. Director and Harold Liebenson, for appellants; Albert J. Horrell and Franklin J. Stransky, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.